**Order entered July 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01721-CR

**CLARK DEONTE WINFIELD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F07-73268-N**

## ORDER

The Court **REINSTATES** the appeal.

On July 10, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and is represented by the Dallas County Public Defender's Office; (3) Nanette Hendrickson explained that the delay in filing appellant's brief is her workload; and (4) Ms. Hendrickson requested thirty days from July 15, 2013 to file appellant's brief.

We **ORDER** appellant to file his brief by **AUGUST 14, 2013**.

/s/     DAVID EVANS
JUSTICE